UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDI McCUSKER )<br><br>Plaintiff, )<br><br>v. )<br><br>ASSOCIATED CREDIT AND )<br>COLLECTION BUREAU, INC. and )<br>PAT MILLS )<br><br><br>Defendants. ) | Civil Action No. 05CV10183-PBS |

**NOTICE OF DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiff gives notice dismissing this civil action with prejudice and without costs.

Respectfully submitted, this 21st day of March, 2004.

WENDI McCUSKER,
by her attorney,

Nicholas F. Ortiz, BBO# 655135
52 Western Avenue
Cambridge, MA 02139
(617) 492-2227

1